IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THE CINCINNATI INSURANCE
COMPANY,

        Plaintiff,

vs.                              Case No. 5:04mc2-RV

MATTHEW LEATH COCHRAN, ET AL.,

        Defendants.
_____/

TRANSCRIPT OF HEARING OF MOTION TO QUASH

      The above-entitled matter came on to be heard before the Honorable G. MILES DAVIS, United States Magistrate Judge, in the United States Courthouse, Pensacola, Florida, on the 8th day of December, 2004, commencing at 1:05 p.m.

APPEARANCES:

For the Plaintiff:        WILLIAM F. PATTY
                        Attorney at Law
                        Beers, Anderson, Jackson
                        Patty & Van Heest
                        Post Office Box 1988
                        Montgomery, AL 36102-1988

For the Defendant:        STEPHEN M. TUNSTALL
                        Attorney at Law
                        250 Congress Street
                        Post Office Box 152
                        Mobile, AL 36601-0152

For Deese:                MELISSA ANN POSEY
                        Attorney at Law
                        4275 Rommitch Lane
                        Pensacola, FL 32504-4412

**W. PAUL RAYBORN**

UNITED STATES COURT REPORTER
245 U.S. COURTHOUSE
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32501-5665
T. 850.432.1808 • F. 850.432.1809
PRAYBORN@BELLSOUTH.NET

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

05 APR -5 PM 4:19

FILED

Exemplaris
federal edition

Please visit www.exemplaris.com for electronic copies of this transcript.