IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**THE CINCINNATI INSURANCE COMPANY,**

        **Plaintiff,**

v.                                                        Case No. 5:05cv93/RV

**MATTHEW LEATH COCHRAN, et al.,**

        **Defendants.**
_____/

## ORDER

      The defendants in the underlying action have moved for reconsideration. (Doc. 20) On April 28, 2005, I granted R. Harold Deese's motion to extend time to respond to Matthew Leath Cochran's appellate brief. The extension was granted through June 1, 2005. Deese's request for an extension of time was based on his asserted need to have transcripts prepared of portions of certain hearings relevant to the present appeal. When I granted Deese's motion, I was unaware that jury selection in the underlying cause of action was scheduled to begin on June 1, 2005, in the United States District Court for the Southern District of Alabama. Such information should have been included in Deese's original motion, as obviously it is not possible to resolve this matter prior to trial in the underlying action if Deese's appellate brief is not submitted before June 1, 2005. Having considered the matter, it is my determination that this appeal should move quickly and Deese should reasonably be able to have whatever transcripts he deems relevant to this appeal transcribed and prepared within the next two weeks.

      Therefore, IT IS ORDERED: R. Harold Deese shall file his reply brief to Matthew Leath Cochran's appellate brief on or before 4:30 p.m. on May 20, 2005.

      DONE and ORDERED this 5th day of May, 2005.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **Senior U.S. District Judge**