IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | | |
| vs. | * | Case Number: 99-00552-CB-C |
| MATTHEW LEATH COCHRAN, et al., | * | |
| | * | |
| Defendants. | | |

## MOTION TO QUASH DEPOSITION AND FOR IMMEDIATE HEARING

John D. Richardson ("Richardson") moves the Court to quash his deposition noticed for October 15, 2004 and, as grounds, sets forth the following:

1. On Friday, October 8, 2004, after 5:00 p.m., a faxed letter was sent to the undersigned, a copy of which is attached hereto. The letter was from Mr. Patty, attorney for The Cincinnati Insurance Company and was written for Mr. Tunstall, attorney for defendants.

2. On Monday, October 11, at 10:37 a.m., a response was sent to Mr. Patty advising that October 15 would not be a date that would work but that the undersigned would contact Richardson and find available dates for a deposition. A copy of that letter is also attached hereto.

3. The undersigned, who has been representing Richardson throughout and whose name appears on pleadings in this Court as representing Richardson, was not contacted about the deposition by Mr. Tunstall.

4. Richardson was not contacted by Mr. Tunstall about the deposition.

5. The deposition notice was stamped by Richardson's office on October 12, 2004. This is somewhat confusing inasmuch as the certificate of service indicates that it was mailed on October 6, and Mr. Patty's letter of October 8 indicates that Mr. Tunstall is attempting to see if October 15 is available.

In any event, the deposition notice was received three days before the time of the deposition and the undersigned was notified about it today, two days before the deposition.

6. Three days notice (October 12 receipt and October 15 deposition) is insufficient. Mr. Tunstall needs to contact the undersigned to arrange a suitable time for the deposition.

7. The duces tecum accompanying the subpoena seeks "All cell phone records -and credit/debit card records, receipts or statements from November 11, 1998 to the present." It is overly broad, irrelevant, could invade the attorney-client privilege and is improper. It invades the privacy of the witness. It should be stricken and quashed as well and objection is made on those bases.

8. In view of the foregoing matters, Richardson and the undersigned respectfully request that this Court grant this motion and assess costs and expenses against Matthew Leath Cochran and his attorney for having to respond to this.

s/James B. Newman
JAMES B. NEWMAN (NEWMJ8049)
Attorney for John D. Richardson and
Richardson, Spear, Spear & Hamby, P.C.

OF COUNSEL:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652
phone: (251) 432-5521
fax: (251) 432-0633
email: jbn@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael B. Beers
Beers, Anderson, Jackson, Patty & Van Heest
Post Office Box 1988
Montgomery, Alabama 36102

Stephen M. Tunstall
Post Office Box 152
Mobile, Alabama 36602

Melissa A. Posey
4275 Rommitch Lane
Pensacola, Florida 32504

this 13th day of October, 2004.

s/James B. Newman
OF COUNSEL

4

# BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P. C.
### ATTORNEYS AT LAW

SUITE 100
250 COMMERCE STREET
MONTGOMERY, ALABAMA 36104
(334) 834-5311
FAX (334) 834-5362
Email: beersanderson@mindspring.com

MAILING ADDRESS:
P.O. BOX 1988
MONTGOMERY, AL 36102

*MICHAEL B. BEERS
JAMES H. ANDERSON
MICHEAL S. JACKSON
WILLIAM F. PATTY
**JUDY B. VAN HEEST
CONSTANCE T. BUCKALEW
ANGELA C. TAYLOR
RICHARD D. ANDERSON
D. SCOTT MITCHELL

*ALSO ADMITTED IN GEORGIA
**ALSO ADMITTED IN TENNESSEE

BIRMINGHAM OFFICE
2101 6TH AVENUE NORTH
SUITE 1125
COLONIAL PLAZA
BIRMINGHAM, ALABAMA 35203
(205) 327-5331
FAX (205) 327-5383

October 8, 2004

VIA FASCIMILE AND U.S. MAIL

James B. Newman, Esq.
**HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile, Alabama 36652

    Re:   *The Cincinnati Insurance Company vs. Matthew Leath Cochran, et al.*
          *CV-99-5520BH-C*

Dear Jim:

    Mr. Tunstall on behalf of Mr. Cochran has requested deposition dates for your client, John Richardson. He has discussed the possibility of a deposition date of October 15, 2004. Please let me know if you and John are available for that date.

                         Yours sincerely,

                         WILLIAM F. PATTY

WFP/klm

# HELMSING, LEACH, HERLONG, NEWMAN & ROUSE

FREDERICK G. HELMSING *
JOHN N. LEACH
WARREN C. HERLONG, JR.
JAMES B. NEWMAN
ROBERT H. ROUSE
JOSEPH P. H. BABINGTON **
R. ALAN ALEXANDER
JOHN T. DUKES
JEFFERY J. HARTLEY
J. CASEY PIPES
RUSSELL C. BUFFKIN
LESLIE G. WEEKS *
LOUISA LONG STOCKMAN
PATRICK C. FINNEGAN †
JASON R. WATKINS
CHRISTOPHER T. CONTE ◊

A PROFESSIONAL CORPORATION

LAWYERS

150 GOVERNMENT STREET
MOBILE, ALABAMA

October 11, 2004

Email: jbn@helmsinglaw.com

MAILING ADDRESS
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652

STREET ADDRESS
SUITE 2000 LACLEDE BUILDING
150 GOVERNMENT STREET
MOBILE, ALABAMA 36602

TELEPHONE (251) 432-5521
TELECOPIER (251) 432-0633

* ALSO ADMITTED IN FLORIDA
** ALSO ADMITTED IN LOUISIANA
† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN MISSISSIPPI

**VIA FACSIMILE: (334) 834-5362 and U.S. MAIL**
William F. Patty, Esq.
Beers, Anderson, Jackson, Patty & Van Heest
Post Office Box 1988
Montgomery, Alabama 36102

Re: The Cincinnati Insurance Company v. Matthew Cochran, et al.
Our File Number: 13221

Dear Bill:

October 15 will not work. Please advise Mr. Tunstall. I will check with John and see if we can come up with some dates both of us are available.

Very truly yours,

JAMES B. NEWMAN

JBN/em

# MESSAGE CONFIRMATION

10/11/2004  10:37
ID=HELMSING LEACH HERLONG NEWMAN &

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 10/11 | 00'19" | 844#99999##913348345362# | TX | 01 | OK | 0000 |

10/11/2004   10:36   HELMSING LEACH HERLONG NEWMAN & → 844#99999##913348345362#   NO.018   ⌐01

# HELMSING, LEACH, HERLONG, NEWMAN & ROUSE

A PROFESSIONAL CORPORATION

LAWYERS

150 GOVERNMENT STREET

MOBILE, ALABAMA

FREDERICK G. HELMSING *
JOHN N. LEACH
WARREN C. HERLONG, JR.
JAMES B. NEWMAN
ROBERT H. ROUSE
JOSEPH P. H. BABINGTON **
R. ALAN ALEXANDER
JOHN T. DUKES
JEFFERY J. HARTLEY
J. CASEY PIPES
RUSSELL C. BUFFKIN
LESLIE G. WEEKS *
LOUISA LONG STOCKMAN
PATRICK C. FINNEGAN †
JASON R. WATKINS
CHRISTOPHER T. CONTE ‡

MAILING ADDRESS
POST OFFICE BOX 2767
MOBILE, ALABAMA 36652

STREET ADDRESS
SUITE 2000 LACLEDE BUILDING
150 GOVERNMENT STREET
MOBILE, ALABAMA 36602

TELEPHONE (251) 432-5521
TELECOPIER (251) 432-0633

* ALSO ADMITTED IN FLORIDA
** ALSO ADMITTED IN LOUISIANA
† ALSO ADMITTED IN NEW YORK
‡ ALSO ADMITTED IN MISSISSIPPI

October 11, 2004

Email: jbn@helmsinglaw.com

**VIA FACSIMILE: (334) 834-5362 and U.S. MAIL**
William F. Patty, Esq.
Beers, Anderson, Jackson, Patty & Van Heest
Post Office Box 1988
Montgomery, Alabama 36102

Re: The Cincinnati Insurance Company v. Matthew Cochran, et al.
    Our File Number:  13221

Dear Bill:

October 15 will not work. Please advise Mr. Tunstall. I will check with John and